# CASES REPORTED WITH BRIEF SYLLABI

### AND

## DECISIONS HANDED DOWN WITHOUT

## OPINION

---

### FIRST DEPARTMENT, OCTOBER, 1923.

MONOWATT ELECTRIC IMPORT CO., INC., Respondent, *v.* HERBERT H. HOWELL, Appellant.

Appeal from a judgment of the Supreme Court in favor of the plaintiff, entered in the New York county clerk's office April 26, 1922, upon the verdict of a jury, and also from an order entered on the same day denying a motion for a new trial made upon the minutes.

PER CURIAM: The judgment and order appealed from should be reversed and a new trial ordered, with costs to appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. We are also of the opinion that the memorandum of the bank accompanying the notice of protest was improperly admitted in evidence. Clarke, P. J., Smith and Martin, JJ., concur; Dowling and Finch, JJ., dissent. Judgment and order reversed and new trial ordered, with costs to appellant to abide the event.

---

SAMUEL ROSENFELD v. PHILIP NALABOFF and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so that the appeal can be argued on October 19, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY FEINGOLD v. WALWORTH SALES CORPORATION and Others.—Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY FEINGOLD v. WALWORTH SALES CORPORATION and Others.— Motion for reargument or resettlement denied; motion for stay granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SHUBERT THEATRICAL COMPANY v. EDWARD GALLAGHER and Others.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SHUBERT THEATRICAL COMPANY v. EDWARD GALLAGHER and Others.— Motion for preference granted for October eighteenth; respondents' brief to be accepted when served before October 18, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STANTON L. MCMILLAN v. RANIER MOTOR CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on